UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

| | |
|---|---|
| HARTFORD FIRE INSURANCE COMPANY, | Case No. 3:18-cv-00485-BJD-PDB |
| Plaintiff, | |
| vs. | |
| WELLS FARGO BANK, N.A., | |
| Defendant. | |
| _____ / | |

## NOTICE ADVISING COURT OF STATUS OF MEDIATION

Plaintiff Hartford Fire Insurance Company ("Hartford"), in consultation with Defendant Wells Fargo Bank. N.A. ("Wells Fargo" and, collectively with Hartford, the "Parties") and in accordance with the Court's September 12, 2019 Second Amended Case Management and Scheduling Order (ECF No. 50), files this Notice advising the Court of the status of mediation and states as follows:

1. On October 18, 2019, counsel and representatives for Hartford and Wells Fargo met for an in-person mediation before Rodney A. Max, Esq.

2. After the October 18, 2019 mediation session, the Parties continued their discussions, facilitated by Mr. Max. The Parties have reached an agreement in principle regarding resolution of all claims between them and are in the process of preparing a written settlement agreement. The Parties do not currently anticipate that further in-person meetings will be necessary in order to resolve this matter.

3. In view of the foregoing, the Parties respectfully request that the Court grant an additional thirty (30) days, until December 16, 2019, for the Parties to conclude their efforts to reach a final settlement agreement and file a stipulation of dismissal.

4. In accordance with Local Rule 3.01(g), counsel for Hartford and Wells Fargo have conferred regarding these matters and are in agreement.

Date: November 18, 2019

/s Joshua D. Weinberg
James P. Ruggeri (*pro hac vice*)
Joshua D. Weinberg (*pro hac vice*)
Alison P. Baker (Florida Bar Id: 0114041)
Shipman & Goodwin LLP
1875 K Street NW, Suite 600
Washington, DC 20006
Tel: (202) 469-7750
Fax: (202) 469-7751
jruggeri@goodwin.com
jweinberg@goodwin.com
abaker@goodwin.com

*Counsel for Plaintiff Hartford Fire Insurance Company*


/s David E. Fialkow, Esq.
Steven P. Wright, Esq. (*pro hac vice*)
David E. Fialkow, Esq. (*pro hac vice*)
K&L Gates LLP
State Street Financial Center
One Lincoln Street
Boston, MA 02111-2950
Telephone: 617-261-3100
Fax: 617-261-3175
Email: steven.wright@klgates.com
Email: david.fialkow@klgates.com

Robert Shawn Hogue
Florida Bar No. 60024
K&L Gates LLP
Southeast Financial Center
200 S Biscayne Blvd, Suite 3900
Miami, FL 33131-2370

Telephone: 305-539-3325
Fax: 305-358-7095
Email: shawn.hogue@klgates.com

*Counsel for Defendant and Plaintiff in Counterclaim Wells Fargo Bank, N.A.*

**CERTIFICATION OF CONFERENCE**

In accordance with Rule 3.01(g) of the Local Rules for the United States District Court for the Middle District of Florida, I hereby certify that I conferred with counsel for Defendant and Counter Claimant Wells Fargo Bank, N.A., and counsel consents to the requests set forth in this Notice.

/s/ Joshua D. Weinberg

Joshua D. Weinberg

Telephone: 305-539-3325
Fax: 305-358-7095
Email: shawn.hogue@klgates.com

*Counsel for Defendant and Plaintiff in Counterclaim Wells Fargo Bank, N.A.*

**CERTIFICATION OF CONFERENCE**

In accordance with Rule 3.01(g) of the Local Rules for the United States District Court for the Middle District of Florida, I hereby certify that I conferred with counsel for Defendant and Counter Claimant Wells Fargo Bank, N.A., and counsel consents to the requests set forth in this Notice.

/s/ Joshua D. Weinberg

Joshua D. Weinberg

## CERTIFICATE OF SERVICE

I hereby certify that on the 18th day of November, 2019, a true and correct copy of the forgoing was filed electronically with the Clerk of the Court using the CM/ECF system, which will send electronic notification to all CM/ECF participants in this case.

/s/ Joshua D. Weinberg
Joshua D. Weinberg