UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

**HARTFORD FIRE INSURANCE COMPANY,**

    **Plaintiff,**

v.                                                   Case No.: 3:18-cv-485-J-39PDB

**WELLS FARGO BANK, N.A.,**

    **Defendant.**
_____/

## ORDER OF DISMISSAL

This matter is before the Court on the Joint Stipulation of Dismissal with Prejudice (Doc. No. 55; Stipulation) filed on January 16, 2020. In the Stipulation, the parties indicate their agreement to dismissal of this case with prejudice. See Stipulation at 1.

Accordingly, it is hereby

**ORDERED**:

1. This case is **DISMISSED with prejudice.**

2. Each party shall bear its own costs and fees.

3. The Clerk of the Court is directed to terminate all pending motions and close the file.

**DONE** and **ORDERED** in Jacksonville, Florida this 21st day of January, 2020.

BRIAN J. DAVIS
United States District Judge

***Copies to:***

Counsel of Record

*ap*